AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>Taryll Miller<br><br>Date of Original Judgment: 06/23/2005<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | Case No.: 1:03CR00180-001<br>USM No.: 07358-028<br><br>Sara J. Varner<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  300  months **is reduced to**  210 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

A CERTIFIED TRUE COPY
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By _____
Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated  06/23/2005  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  March 15, 2016

Effective Date: _____
*(if different from order date)*

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana